JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.   SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>HANH T. NGUYEN,<br><br>              Defendant | No. CV A 08-4112<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Hanh T. Nguyen, in the principal amount of $28,410.03 plus interest accrued to June 18, 2008, in the sum of $4,358.04; with interest accruing thereafter at 7.50% annually until entry of judgment, for a total amount of $**32,768.07**.

DATED: **8-20-2008**     By: _Sherri R. Carter_
                                  Clerk of the Court

                         _L. Rayford_
                            Deputy Clerk
             United States District Court